```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 23141
   CRAIG E ARMSTRONG
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5506


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/30/2008 and was not confirmed.

     The case was dismissed without confirmation 11/26/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
HOME LOAN SERVICES INC    CURRENT MORTG      .00          .00            .00
HOME LOAN SERVICES INC    MORTGAGE ARRE      .00          .00            .00
CENTRIX RESOURCE SYSTEMS  UNSECURED     NOT FILED         .00            .00
COMCAST/CHICAGO           UNSECURED     NOT FILED         .00            .00
LOYOLA UNIVERSITY HEALTH  UNSECURED     NOT FILED         .00            .00
NICOR GAS                 UNSECURED     NOT FILED         .00            .00
VILLAGE OF BELLWOOD       UNSECURED     NOT FILED         .00            .00
MEADOWS CREDIT UNION      SECURED NOT I  12115.97         .00            .00
BENNIE W FERNANDEZ        DEBTOR ATTY        .00                         .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                         .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                         --------------   --------------
TOTALS                        .00                .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/25/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |